# ELECTRONIC RECORD

COA # 07-13-00278-CR                     OFFENSE: 2

STYLE: Michael Andrade v. The State of Texas          COUNTY: Lubbock

COA DISPOSITION: Affirmed               TRIAL COURT: 137th District Court

DATE: 03/16/2015          Publish: No    TC CASE #: 2012-436,468

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Andrade v. The State of Texas          CCA #: 414-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___REFUSED___                          JUDGE: _____

DATE: 05/20/2015                        SIGNED: _____      PC: _____

JUDGE: _Per Curiam_                     PUBLISH: _____      DNP: _____

-------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**